IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANK ASKEW
a/k/a Mu'Min Abdulaziz                                                                    PLAINTIFF

v.                                    Case No. 6:24-cv-06127

WARDEN WALTER WHITE, *et al*.                                                   DEFENDANTS

## ORDER

    Before the Court is a Report and Recommendation filed February 28, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with Court Orders and file an Amended Complaint.

    Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this matter.

    **IT IS SO ORDERED**, this 24th day of March, 2025.

                                                     /s/ Susan O. Hickey
                                                   Susan O. Hickey
                                                   Chief United States District Judge